NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SEOUL VIOSYS CO., LTD.,**
*Plaintiff-Appellant*

**v.**

**P3 INTERNATIONAL CORPORATION,**
*Defendant-Appellee*

---

2019-2384

---

Appeal from the United States District Court for the Southern District of New York in No. 1:16-cv-06276-AJN-SN, Judge Alison J. Nathan.

---

**JUDGMENT**

---

MICHAEL EISENBERG, Holland & Knight, LLP, New York, NY, argued for plaintiff-appellant.

MARGUERITE DEL VALLE, Power Del Valle LLP, New York, NY, argued for defendant-appellee. Also represented by JAMES A. POWER, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, BRYSON, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| June 15, 2020 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |